# CERTIFICATE OF SERVICE

Job # 47126

### Case Info:

**PLAINTIFF:**
DANIELS MACDONALD; ELIZABETH MACDONALD; and JOSEPH MACDONALD
  -versus-
**DEFENDANT:**
MYRI RAY STEPHEN MANLEY, MD; RIGHT DIRECTION CRISIS INTERVENTION; THE PRICE GROUP; and MAY D PEACH

New York United States District Court, Northern District

Issuance Date: 5/1/2018 Court Case #
**3:18-CV-520[DNH/DEP]**

### Service Info:

Date Received: **5/11/2018** at **02:31 PM**
Service: I Served **RIGHT DIRECTION CRISIS INTERVENTION**
With: **SUMMONS; CIVIL COVER SHEET; COMPLAINT JURY TRIAL DEMANDED; EXHBIIT A-B**
by leaving with **Paul Jones, ATTORNEY**

At Business **4766 S HOLLADAY BLVD HOLLADAY, UT 84117**

Latitude: **40.666244**
Longitude: **-111.822274**

On **5/14/2018** at **02:02 PM**
**Manner of Service: CORPORATE**
CORPORATE

**Served Description:  (Approx)**

Age: **45**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 2"**, Weight: **180**, Hair: **Gray** Glasses: **No**

I **Gavin Rees** CA 78B-5-705: I declare under criminal penalty of the State of Utah that the forgoing is true and correct.

Signature of Server: _Gavin Rees_
**Gavin Rees**

**PM Legal**
75 Maiden Ln, 11th Fl
New York, NY 10038

Client # SC855685

SUBSCRIBED AND SWORN to before me this ___16___ day of ___May___, _2018_, by **Gavin Rees**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Utah



WENDY NEFF
NOTARY PUBLIC • STATE of UTAH
COMMISSION NO. 680797
COMM. EXP. 12/14/2018


