## ADDENDUM TO
## <u>UNIFORM PRETRIAL SCHEDULING ORDER</u>

The foregoing Uniform Pretrial Scheduling Order ("UPSO") is subject to the following additional provisions:

1. The schedule set forth in the UPSO has been implemented in consultation with the parties, who have met and conferred as required under Rule 26(f) of the Federal Rules of Civil Procedure and developed a discovery plan calculated to lead to the exchange of discovery in an orderly, efficient, and cost-effective manner. It is the expectation of the court that the schedule established is firm and final and will govern the progression of the case while it is pending before this assigned magistrate judge.

2. The court reiterates the requirement of Rule 16 of the Federal Rules of Civil Procedure, which provides, in relevant part, that the deadlines set forth in a court scheduling order may not be extended, <u>even by agreement of the parties</u>, absent a showing of good cause.

3. Any request for the extension of a deadline contained within the foregoing UPSO must be made at least two weeks prior to expiration of the deadline absent <u>exigent</u> and <u>unforeseen circumstances</u>. A request that is not made prior to that deadline will be summarily denied absent a showing of such exigent and unforeseen circumstances.

4.	The parties are reminded of the requirements of Rule 1 of the Federal Rules of Civil Procedure which, as amended effective on December 1, 2015, provides as follows:

> These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.