Ralph DeSimone, Esq.
Bar Roll No. 512167
DESIMONE & ASSOCIATES, LLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel (646) 776-7425
Fax (212) 207-3111
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
DANIEL MACDONALD,
ELIZABETH MACDONALD and
JOSEPH MACDONALD,

                 Plaintiffs,

v.

MYRL RAY STEPHEN MANLEY, M.D.,
RIGHT DIRECTION CRISIS
INTERVENTION,

                 Defendants.
-------------------------------------------------X

Civil Action No. 3:18-CV-0520
(DNH)(DEP)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys, that the above captioned action, be and the same is hereby discontinued as to all claims by Plaintiffs Elizabeth MacDonald and Joseph MacDonald against defendant Myrl Ray Stephen Manley, M.D., with prejudice and without costs to any party, and this

stipulation may be filed with the Clerk of the Court without further notice.

Dated: March 22, 2019                              March 22, 2019

DeSIMONE & ASSOCIATES, LLC          KUTNER FRIEDRICH, LLP

By: RALPH DeSIMONE                            By: CHARLES KUTNER

Attorneys for Plaintiffs                              Attorney for the Defendant
DANIEL MACDONALD,                           MYRL RAY STEPHEN
ELIZABETH MACDONALD,                    MANLEY, M.D.
and JOSEPH MACDONALD                    950 3rd Avenue
745 Fifth Avenue, Suite 500                      11th Floor
New York, NY 10151                               New York, NY 10022-2775
Phone (646) 776-7425                              Phone (212) 308-0210